BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

FILED

JUL 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA FIELDS,<br>also known as DEBRA McCREE,<br><br>Defendant. | 2:12 - MJ - 0187   GGH<br>CASE NO.<br><br>**REQUEST TO SEAL AND [PROPOSED] ORDER**<br><br><u>**UNDER SEAL**</u> |

## APPLICATION

The United States hereby applies for an order directing that the criminal complaint, the supporting affidavit, and the arrest warrant in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals form learning of the existence of the warrant and order prior to its execution.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: July 16, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint, the supporting affidavit, and the arrest warrant in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court.

IT IS SO ORDERED.

DATED: July 16, 2012

**GREGORY G. HOLLOWS**
Honorable Gregory G. Hollows
United States Magistrate Judge